```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 04 B 08861
   WILLIE GUEST
   BEATRICE K TAYLOR GUEST                     CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY
            Debtor
   SSN XXX-XX-3228      SSN XXX-XX-6936

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 03/05/2004 and was confirmed 06/17/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 09/15/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------
RAMSEY LAW FIRM PC         NOTICE ONLY           .00            .00            .00
AMERICREDIT FINANCIAL SV   SECURED           8250.00        3090.54        8250.00
AMERICREDIT FINANCIAL SV   UNSECURED         5479.96            .00        5479.96
CAPITAL ONE AUTO FINANCE   SECURED          11575.00        3247.30       11575.00
CAPITAL ONE AUTO FIN       UNSECURED         5266.17            .00        5266.17
GMAC MORTGAGE              CURRENT MORTG         .00            .00            .00
GMAC MORTGAGE              MORTGAGE ARRE     4255.39            .00        4255.39
AMERICAN GENERAL FINANCE   UNSECURED         3669.42            .00        3669.42
ARROW FINANCIAL SERVICES   UNSECURED        NOT FILED          .00            .00
AT & T WIRELESS            UNSECURED         1431.34            .00        1431.34
ATTENTION LLC              UNSECURED        NOT FILED          .00            .00
AXSYS NATIONAL BANK        UNSECURED        NOT FILED          .00            .00
GERALD CAHILL MD           UNSECURED          260.00            .00         260.00
CALVARY INVESTMENTS LLC    UNSECURED        NOT FILED          .00            .00
CALVALRY INVESTMENTS       NOTICE ONLY      NOT FILED          .00            .00
CIRCUIT CITY STORES INC    UNSECURED        NOT FILED          .00            .00
HAYMAN HAWKINS INC         UNSECURED        NOT FILED          .00            .00
HOUSEHOLD CREDIT SERVICE   UNSECURED        NOT FILED          .00            .00
JC PENNEY                  UNSECURED        NOT FILED          .00            .00
RETAILERS NATIONAL BANK    UNSECURED         1060.16            .00        1060.16
ECAST SETTLEMENT CORP      UNSECURED         2901.88            .00        2901.88
CITI CARDS                 UNSECURED         1096.37            .00        1096.37
TARGET STORES              UNSECURED        NOT FILED          .00            .00
TAURUS EMERGENCY PHYSICI   UNSECURED        NOT FILED          .00            .00
VAN RU CREDIT CORPORATIO   UNSECURED        NOT FILED          .00            .00
GMAC MORTGAGE CORPORATIO   COST OF COLLE      250.00            .00         250.00
GMAC MORTGAGE CORPORATIO   COST OF COLLE      600.00            .00         600.00
GREENBERG & ASSOC          DEBTOR ATTY       2,700.00                     2,700.00
TOM VAUGHN                 TRUSTEE                                        3,281.31
DEBTOR REFUND              REFUND                                             .00

         Summary of Receipts and Disbursements:

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 08861 WILLIE GUEST & BEATRICE K TAYLOR GUEST
```

```
                               RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                        58,414.84

PRIORITY                                                     .00
SECURED                                                24,930.39
    INTEREST                                            6,337.84
UNSECURED                                              21,165.30
ADMINISTRATIVE                                          2,700.00
TRUSTEE COMPENSATION                                    3,281.31
DEBTOR REFUND                                                .00
                              ---------------      ---------------
TOTALS                         58,414.84               58,414.84
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
    Dated: 12/22/08           _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE